UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONIA GONZALEZ,<br><br>　　　　Plaintiff,<br>　v.<br>COUNTY OF LOS ANGELES, *et al.*,<br>　　　　Defendants. | No. CV 16-7920 VBF (FFM)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint (the "FAC"); the motions to dismiss filed by defendants County of Los Angeles ("COLA"), Guadalupe Neri, Jesse Gonzalez, Rosario Mercado, Lisa Larson, and Sophia Baca (collectively, "Defendants"); the Final Report and Recommendation of the United States Magistrate Judge (the "Report"); the objections thereto; and all relevant records herein. Good cause appearing, the Court concurs with and accepts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a *de novo* determination of the portions to which objections were directed.

**IT THEREFORE IS ORDERED** that: (1) Claims I, III, IV, VI, and VIII are dismissed in their entirety, without leave to amend; (2) Claims II and V are dismissed with leave to amend; and (3) Claim VII is dismissed without leave to amend **except** as to plaintiff's claims that (a) Baca and Neri negligently inflicted emotional distress on

/ / /

or after May 10, 2015 by making false statements in the dependency proceedings, and (b) COLA is liable for the foregoing conduct.

Plaintiff is granted leave to file, if she so desires, a Second Amended Complaint (as to Claims II, V and VII *only*) curing the defects to (1) Claim II as to all defendants; (2) Claim V as to COLA; (3) and Claim VII as to Baca, Neri, and COLA within 30 days of the date of this order. Plaintiff is not to add any additional claims or defendants to her Second Amended Complaint.

DATED: November 3, 2017

VALERIE BAKER FAIRBANK
United States District Judge