JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

**CIVIL MINUTES -- GENERAL**

**Case No.:**   LA CV 16-07920-VBF-AS             **Dated: February 28, 2018**

**Title:**   *Sonia Gonzales, Plaintiff v. County of Los Angeles by & through Los Angeles Cty. Dep't of Children & Family Servs., Guadalupe Neri, Jessi Gonzalez, Sophia Baca, Lisa Larson, Rosario Mercado, & Does 1-50, Defendants*

PRESENT:   HONORABLE VALERIE BAKER FAIRBANK, U.S. DISTRICT JUDGE

| Stephen Montes Kerr | N/A |
|---|---|
| Courtroom Deputy | Court Reporter |

Attorney Present for Petitioner: N/A     Attorney Present for Respondent: n/a

**Proceedings (in chambers):  ORDER     Dismissing the Action With Prejudice; Terminating the Case (JS-6)**

Pursuant to the joint stipulation filed by all parties on Tuesday, February 27, 2018 (CM/ECF Document 60), **this action is hereby DISMISSED <u>with</u> prejudice**.

Plaintiff shall bear her own fees and costs.

The County shall bear fees and costs for itself and for the individual defendants.

The Clerk's Office **SHALL TERMINATE and close the case (JS-6)**

IT IS SO ORDERED.

CIVIL MINUTES - GENERAL             -1-         Initials of Deputy Clerk ___smo___